AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

|  |  |  |
|---|---|---|
| KENNETH EDMONDS | ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | |
| v. | ) ) | Civil Action No.   3:20cv2653-MCR/GRJ |
| 3M COMPANY, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Aearo, LLC
c/o Corporation Service
Company 135 North
Pennsylvania Street, Suite
1610
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael W. Gaines, Esq.
Tim L. Bowden, Esq.
Goodlettsville, Tennessee 37072
Phone#: (615) 859-1996

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J. LYUBLANOVITS,
*CLERK OF COURT*



Date:      2/7/2020

/s/ *Donna Bazzik*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                           .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                     ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                     , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Mary Coleman via Certified U.S. mail, who is

designated by law to accept service of process on behalf of *(name of organization)*   Aearo, LLC

on *(date)*   February 13, 2020   ; or

☐ I returned the summons unexecuted because                                   ; or

☐ Other *(specify):*


My fees are $                for travel and $                for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   3/10/2020

*Server's signature*

Tim T. Bowden, Esq.

*Printed name and title*

e 200, Goodlettsville, TN 37072

*Server's address*

---

Restricted Delivery? *(Extra Fee)* ☐ Yes      Service Type  CERTIFIED

Article Number   9414 7118 9956 1295 1681 94

9414 7118 9956 1295 1681 94

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)   Mary Coleman

B. Received By: *(Please Print Clearly)*   C. Date of Delivery

D. Addressee's Address *(if Different from Address Used by Sender)*

Secondary Address / Suite / Apt. / Floor   *(Please Print Clearly)*

Delivery Address

City      State    ZIP + 4 Code

Article Addressed To:

Aearo, LLC
c/o Corporation Service Company
135 North Pennsylvania Street, Suite 1610
Indianapolis IN 46204-2448