AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| KENNETH EDMONDS *Plaintiff(s)* v. 3M COMPANY, et al. *Defendant(s)* | Civil Action No. 3:20cv2653-MCR/GRJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 3M Occupational Safety LLC
c/o Registered Agent Corporation Service Company
2345 Rice St., Suite 230
Roseville MN 55113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael W. Gaines, Esq.
Tim L. Bowden, Esq.
Goodlettsville, Tennessee 37072
Phone #: (615) 859-1996

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J. LYUBLANOVITS,
*CLERK OF COURT*

Date:   2/7/2020

/s/ *Donna Bajzik*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*
                                                                    on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
                                                                    , a person of suitable age and discretion who resides there,
on *(date)*                    , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* A. Penia via Certified U.S. mail , who is
designated by law to accept service of process on behalf of *(name of organization)* 3M Occupational Safety, LLC
on *(date)* February 18, 2020 ; or

☐ I returned the summons unexecuted because                                                              ; or

☐ Other *(specify):*

My fees are $           for travel and $           for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 3/10/2020

Tim Z. Bowden
Server's signature

owden, Esq.
name and title

200, Goodlettsville, TN 37072
r's address

---

Restricted Delivery? (Extra Fee) ☐ Yes
Service Type: CERTIFIED
Article Number: 9414 7118 9956 1223 1917 68

9414 7118 9956 1223 1917 68

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)
X  *(signature)*

B. Received By: *(Please Print Clearly)*
A. Penia

C. Date of Delivery: 2/18/20

D. Addressee's Address (If Different From Address Used by Sender)
Secondary Address / Suite / Apt. / Floor   (Please Print Clearly)
Delivery Address
City          State          ZIP + 4 Code

Article Addressed To:
3M Occupational Safety LLC
c/o: Corporation Service Company
2345 Rice St., Suite 230
Roseville MN 55113-3769