AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | | |
|---|---|---|
| KENNETH EDMONDS | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:20cv2653-MCR/GRJ |
| | ) | |
| 3M COMPANY, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Aearo Holding, LLC
c/o Corporation Service Company
2345 Rice Street, Suite 230
Roseville MN 55113-3769

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael W. Gaines, Esq.
Tim L. Bowden, Esq.
Goodlettsville, Tennessee 37072
Phone #: (615) 859-1996

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J. LYUBLANOVITS,
*CLERK OF COURT*

Date:   2/7/2020

/s/ *Donna Bajzik*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Aearo Holdings, LLC via Certified U.S. Mail, who is designated by law to accept service of process on behalf of *(name of organization)* Aearo Holdings, LLC
on *(date)* February 14, 2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/10/2020

*Server's signature*

Tim Z. Bowden

Bowden, Esq.
*name and title*

Goodlettsville, TN 37072

---

Restricted Delivery? (Extra Fee) ☐ Yes
Service Type: CERTIFIED
Article Number: 9414 7118 9956 1223 9098 51

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: (☐ Addressee or ☐ Agent) X
B. Received By: (Please Print Clearly)
C. Date of Delivery
D. Addressee's Address (If Different From Address Used by Sender)
Secondary Address / Suite / Apt. / Floor (Please Print Clearly)
Delivery Address
City   State   ZIP + 4 Code

Article Addressed To:
Aearo Holdings, LLC
c/o Corporation Service Company
2345 Rice Street, Suite 230
Roseville MN 55113-3769